**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.   11-cv-01720-LTB-CBS

MICHAEL LOVELL,

      Plaintiff,

v.

ACCOUNT BROKERS, INC., and
DOES 1-10, inclusive,

      Defendants.

___

**ORDER**
___

THIS MATTER having come before the Court on the Stipulation of Dismissal (Doc 22 - filed December 18, 2012), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                            BY THE COURT:

                              s/Lewis T. Babcock
                            Lewis T. Babcock, Judge

DATED:   December 19, 2012